UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURE CAM, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>PROJECT NURSERY, LLC,<br><br>        Defendant. | Case No.18-cv-02335-HRL<br><br>**ORDER DENYING APPLICATION TO APPEAR PRO HAC VICE**<br><br>Re: Dkt. Nos. 4, 7 |

Plaintiff's counsel requests leave to appear in this matter *pro hac vice*. The request does not comply with the applicable Civil Local Rules and is therefore denied. The denial is without prejudice to counsel resubmitting his application in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: April 19, 2018

HOWARD R. LLOYD
United States Magistrate Judge